**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6738**

———————

MARK DEWAYNE PRICE,

              Plaintiff - Appellant,

        v.

CORRECTIONAL  MEDICAL  SERVICES,  MT.  OLIVE  CORRECTIONAL
COMPLEX,

              Defendant - Appellee.

———————

Appeal  from  the  United  States  District  Court  for  the  Southern
District  of  West  Virginia,  at  Charleston.    David  A.  Faber,
Senior District Judge.  (2:08-cv-00259)

———————

Submitted:  October 14, 2010          Decided:  October 21, 2010

———————

Before MOTZ, KING, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mark Dewayne Price, Appellant Pro Se. Joseph M. Farrell, Jr.,
FARRELL, FARRELL & FARRELL, PLLC, Huntington, West Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Dewayne Price appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Price v. Corr. Med. Servs., No. 2:08-cv-00259 (S.D.W. Va. May 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED